AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 24 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Celio Antonio GUTIERREZ-Rodriguez | ) Case No. DR-24-M-00206 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____01/23/2024_____ in the county of _____Val Verde_____ in the
___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Smuggling Goods from the U.S. |

This criminal complaint is based on these facts:
See Attachment A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew McCormic, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/24/2024___

_____
*Judge's signature*

City and state: ___Del Rio, Texas___

Matthew Watters, United States Magistrate Judge
*Printed name and title*

FILED

JAN 24 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

## Affidavit

On January 23, 2024, United States Customs and Border Protection (CBP) Officers working outbound operations at the Del Rio Port of Entry, in Del Rio, Texas encountered a white sedan bearing Mexico license plate number FLA-053-B. CBP Officers identified the driver and sole occupant of the vehicle as Celio Antonio GUTIERREZ-Rodriguez. CBP Officers instructed GUTIERREZ to proceed to secondary inspection for further inspection.

CBP Officers conducted a physical inspection of the vehicle and located ammunition underneath the front passenger floor mat. The amount of ammunition located CBPOs located was 450 .22 Magnum rounds, 350 .22 WMR rounds, and 500 9mm rounds. CBPOs also located the receipt from Russel True Value Hardware store in Del Rio, Texas confirming the ammunition was purchased on today's date (January 23, 2024).

Homeland Security Investigations (HSI) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) special agents (SAs) interviewed GUTIERREZ at the Del Rio Port of Entry Interview Rooms.

After advisement of rights and waiver, GUTIERREZ admitted he purchased the ammunition he was in possession of today at Russel True Value Hardware store for $493.34 United States dollars (USD). GUTIERREZ stated he did not have a license to export firearms or ammunition from the US to Mexico. GUTIERREZ admitted he knew it was illegal to purchase ammunition in the US and export it to Mexico without a license. GUTIERREZ stated this was the sixth (6) time that he purchased ammunition from Russel True Value in Del Rio and smuggle said ammunition to Mexico for resale.

The facts of the case were presented to Assistant United States Attorney (AUSA) Holly Pavlinski who accepted federal prosecution for a violation of Title 18 United States 554 - Smuggling Goods from the U.S.